**SULAIMAN LAW GROUP, LTD**
Alexander James Taylor (State Bar No. 322334)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (331) 307-7646
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA MOR f/k/a TANYA JACOBI, Plaintiff, v. THE FINANCIAL ER LLC, Defendant. | Case No. 5:24-cv-01555-KK-PVC **ORDER** |

Plaintiff, TANYA MOR f/k/a TANYA JACOBI ("Plaintiff"), by and through the undersigned attorney, having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, THE FINANCIAL ER LLC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to THE FINANCIAL ER LLC. Each party shall bear its own costs and attorney fees.

Dated: September 27, 2024

Hon. Kenly Kiya Kato,
U.S. District Court Judge

1